JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL VANEK,<br><br>                   Petitioner,<br><br>            v.<br><br>C. WOFFORD, Warden,<br><br>                 Respondent. | Case No. CV 14-4427-MWF (KK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Final Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. Petitioner Samuel Vanek's First Amended Petition for Writ of Habeas Corpus is CONDITIONALLY GRANTED as to Claim One. Petitioner shall be retried in *People v. Samuel Vanek*, Los Angeles County Superior Court Case No. VA108590 within 90 days of the entry of this Judgment. In the absence of a new trial, Respondent shall release Petitioner and Petitioner shall be discharged from all consequences of his prior conviction of willful child abuse in violation of California Penal Code section 273a(a), with an enhancement for great bodily injury pursuant to California Penal Code section 12022.7(d).

2. The First Amended Petition for Writ of Habeas Corpus is DENIED as to Claims Two, Three, and Four.

Dated: November 15, 2016

_____

MICHAEL W. FITZGERALD
United States District Judge

2